IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLUE MOUNTAIN HOMES, LCC,

    Plaintiff,                              No. 2:13-cv-0913 TLN KJN PS

vs.

GARY SHORT & LISA SHORT,

<u>ORDER</u>

    Defendants.

_____/

        On May 10, 2013, the undersigned issued findings and recommendations recommending that this unlawful detainer action, originally removed to this court by pro se defendant Gary Short, be remanded to state court.  (ECF No. 8.)[1]  On May 28, 2013, defendant Gary Short filed a "Notice of Dismissal of Entire Action With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 9.)  However, that notice of dismissal is procedurally improper, because only a plaintiff, and not a defendant, can dismiss an action pursuant to Rule 41(a)(1).  Assuming that the district judge adopts the undersigned's findings and recommendations, the action will be remanded to state court where plaintiff would have an opportunity to continue to pursue the action against defendants.

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1  Accordingly, IT IS HEREBY ORDERED that defendant Gary Short's notice of
2  dismissal (ECF No. 9), construed as a request for dismissal of the action, is DENIED as
3  procedurally improper.
4  DATED: May 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE